# In the United States District Court for the Southern District of Georgia Waycross Division

RAEKWON CADE,

Plaintiff,

v.

CORECIVIC CORPORATION, et al.,

Defendants.

5:26-cv-251

## ORDER

The Magistrate Judge issued a Report and Recommendation for the Court to dismiss Plaintiff's claims against CoreCivic Corporation, Coffee Correctional Facility, Kamala Grant, Ricky Stone, Joaquin Lemon, Anna Claxton, and Phillip Hall. Dkt. No. 12. Plaintiff did not file Objections to the Report and Recommendation, and the time to do so has elapsed.

Accordingly, upon review, I find no clear error in the Magistrate Judge's Report and Recommendation and **ADOPT** the Report and Recommendation as the opinion of the Court. See Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (If no specific objections are made or no objections are made at all, "the appropriate standard of review for the report and recommendation is clear error."). I **DISMISS** Plaintiff's claims against CoreCivic Corporation, Coffee Correctional Facility, Kamala Grant, Ricky

Stone, Joaquin Lemon, Anna Claxton, and Phillip Hall. Plaintiff's claim against Defendant Carter remains pending. Dkt. No. 13.

**SO ORDERED**, this 19 day of November, 2026.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA